AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 14 2017
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Plattsburgh

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:17-MJ-565 (GLF) |
| Catalin Andrei ALBU | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __12/12/2017__ in the county of __Franklin__ in the __Northern__ District of __New York__, the defendant violated __8__ U.S.C. § __1325(a)(2)__, an offense described as follows:

The defendant, being an alien, did avoid and elude examination and inspection by immigration officials of the United States. as he entered the United States from Canada.

This criminal complaint is based on these facts:

On December 12th, 2017, at approximately 6:10 p.m., NY Border Patrol Agents received a phone call to assist New York State Police with a traffic stop on State Route 30 South of the town of Malone. Upon arrival, NYSP had already placed all three subjects in their vehicles to be transported to the Malone NYSP barracks for processing. One of the passengers was later identified as ALBU, Catalin Andrei, born on ■■■■■■■ in Iasi, Romania. Agents conducted records checks on ALBU which revealed him to be without any valid immigration documents to legally enter or remain in the United States. ALBU was in possession of a Romanian Passport, which included no valid visa to enter the United States. Citizens of Romania are required to obtain a valid visa to enter the United States. Also, CBP Lane Checks show he did not present himself at a U.S. Port of Entry for inspection. Had he presented himself, he would have been denied due to the lack of a valid visa.

ALBU was transported to the Burke Border Patrol Station for further processing. Records indicated ALBU flew into Mexico City on November 18, 2017 where he stayed for a few weeks. On December 10, 2017, ALBU flew to Montreal, Quebec, Canada as a visitor. Subject then claimed during the interview that he was smuggled across the International Boundary between Canada and the United States, via boat, on December 12, 2017 near Hogansburg, NY. He stated he was taken across the St. Lawrence River then picked up by car and driven into the United States. ALBU stated that he paid $6,000 to a friend in Canada to smuggle him into the United States. Once in the United States, ALBU paid a woman $1,000 to drive him to New York City.

Charles Sullivan
*Complainant's signature*
Charles Sullivan, Border Patrol Agent

Sworn to before me and signed in my presence.

Date: __12/14/2017__

*Judge's signature*

City and state: __Plattsburgh, New York__      Honorable Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*